James ADAMS, Appellant,

v.

STATE of Missouri, Respondent.

WD 78238

Missouri Court of Appeals,
Western District.

ORDER FILED: January 26, 2016

Susan L. Hogan, Kansas City, MO, for appellant.

Daniel N. McPherson, Jefferson City, MO, for respondent.

Before Division Two: Cynthia L. Martin, Presiding Judge, Mark D. Pfeiffer, Judge and Karen King Mitchell, Judge

## ORDER

Per curiam:

James C. Adams appeals the denial of his Rule 24.035 motion which sought to vacate his guilty plea and sentence for voluntary manslaughter and armed criminal action based on ineffective assistance of trial counsel. Finding no error, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Marlyn L. STANDIFER, Appellant.

WD 78091

Missouri Court of Appeals,
Western District.

ORDER FILED: January 26, 2016

Irene Karns, Columbia, MO, Counsel for Appellant.

Christine Lesicko, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Mark D. Pfeiffer, P.J., Lisa White Hardwick, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Marlyn Standifer appeals his convictions for one count of attempted first-degree robbery, one count of armed criminal action, and one count of first-degree burglary. He contests the sufficiency of the evidence to support those convictions. We affirm. Rule 30.25(b).